179 So.2d 430

**Jessie Lee MARSHALL et al.**

**v.**

**TRAVELERS INSURANCE COM-PANY et al.**

**No. 47972.**

Nov. 9, 1965.

In re: The Travelers Insurance Company, Hollabaugh-Spindle Mortuary, Inc., and James W. Bowen applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Baton Rouge. 178 So.2d 442.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

179 So.2d 431

**Lamar P. HARRISON**

**v.**

**Furmie MOODY.**

**No. 47982.**

Nov. 9, 1965.

In re: Lorenza Moody Claude, etc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 178 So.2d 476.

Writ refused. We find no error of law in the judgment of the Court of Appeal.